# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 639 EAL 2015

               Respondent   :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

        v.   :

GEORGE WILLIAMS,   :

               Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.